DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. # 291288)
jschneller@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION, | Case No. 2:25-CV-03104-DJC-JDP |
| Plaintiff, | **CERTIFICATE OF RETURN OF SERVICE** |
| v. | |
| LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al., | |
| Defendants. | |

CERTIFICATE OF RETURN OF SERVICE

Attached hereto are the process server's Certificates of Service which served on:

- The Defendant Rob Bonta, in his official capacity: the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Appearances of Dawn Sestito and Lauren Kaplan; and initial Court documents.
- The Defendant Rob Bonta, in his official capacity: Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Loan K. Tran in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Preliminary Injunction; [Proposed] Order Granting ExxonMobil's Motion for Preliminary Injunction; and Request for Judicial Notice in Support of ExxonMobil's Motion for Preliminary Injunction.
- The Defendant Lauren Sanchez, in her official capacity: the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Appearances of Dawn Sestito and Lauren Kaplan; initial Court documents; Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Loan K. Tran in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Preliminary Injunction; [Proposed] Order Granting ExxonMobil's Motion for Preliminary Injunction; and Request for Judicial Notice in Support of ExxonMobil's Motion for Preliminary Injunction.
- The Defendant Steven S. Cliff, in his official capacity: the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Appearances of Dawn Sestito and Lauren Kaplan; initial Court documents; Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Loan K. Tran in Support of ExxonMobil's

Motion for Preliminary Injunction; Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Preliminary Injunction; [Proposed] Order Granting ExxonMobil's Motion for Preliminary Injunction; and Request for Judicial Notice in Support of ExxonMobil's Motion for Preliminary Injunction.

- The Defendant Matthew Botill, in his official capacity: the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Appearances of Dawn Sestito and Lauren Kaplan; initial Court documents; Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Loan K. Tran in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Preliminary Injunction; [Proposed] Order Granting ExxonMobil's Motion for Preliminary Injunction; and Request for Judicial Notice in Support of ExxonMobil's Motion for Preliminary Injunction.

- The Defendant Sydney Vergis, in her official capacity: the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Appearances of Dawn Sestito and Lauren Kaplan; initial Court documents; Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Loan K. Tran in Support of ExxonMobil's Motion for Preliminary Injunction; Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Preliminary Injunction; [Proposed] Order Granting ExxonMobil's Motion for Preliminary Injunction; and Request for Judicial Notice in Support of ExxonMobil's Motion for Preliminary Injunction.

1
2    Dated:  October 31, 2025                    Respectfully submitted,
3
4                                                /s/ Jonathan Schneller
                                                 DAWN SESTITO (S.B. #214011)
                                                 JONATHAN SCHNELLER (S.B. #291288)
5                                                LAUREN KAPLAN (S.B. #294703)
                                                 400 South Hope Street, 19th Floor
6                                                Los Angeles, CA 90071-2899
                                                 Telephone: (213) 430-6000
7                                                Facsimile: (213) 430-6407
                                                 dsestito@omm.com
8                                                jschneller@omm.com
                                                 lkaplan@omm.com
9
10                                               *Counsel for Plaintiff Exxon Mobil
                                                 Corporation*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28