DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. #291288)
jschneller@omm.com
LAUREN KAPLAN (#294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California  90071-2811
Telephone:   (213) 430-6000
Facsimile:     (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>     Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**NOTICE OF ERRATA TO THE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:  December 4, 2025<br>Hearing Time:   1:30 p.m.<br>Courtroom: 7<br>Judge:   Daniel J. Calabretta |

Exxon Mobil Corporation ("ExxonMobil") hereby submits this errata and two declarations to update and correct an outdated statement and an incorrect date in its Motion for Temporary Restraining Order (Dkt. 16) ("Motion"), filed on November 4, 2025. The Motion states that ExxonMobil had not received a response to its September 5, 2025 letter from Daniel Helgesen to Defendant Dr. Sydney Vergis regarding ExxonMobil's proposed approach for compliance with S.B. 261. *See* Mot. at 9:22-10:1. While that statement was true at the time of the cited October 27, 2025 Declaration of Daniel Helgesen, *see* Dkt. 16-14, after filing the Motion, counsel for ExxonMobil learned that Dr. Vergis responded to Mr. Helgesen's letter by email on November 3, 2025—one day before the filing of the Motion. *See* Supplemental Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Temporary Restraining Order ("Supp. Schneller Decl.") ¶ 2; Supplemental Declaration of Daniel Helgesen in Support of ExxonMobil's Motion for Temporary Restraining Order ¶ 3. Counsel for ExxonMobil did not learn of CARB's response until after filing the Motion and now submit this errata and the attached Supplemental Declarations of Daniel Helgesen and Jonathan Schneller to correct the record. Supp. Schneller Decl. ¶ 2.

In addition, both the Motion and Mr. Schneller's declaration in support thereof incorrectly stated that ExxonMobil served Defendant Robert Bonta with ExxonMobil's Motion for Preliminary Injunction on October 29, 2025. *See* Mot. at 10:26; Declaration of Jonathan Schneller in Support of ExxonMobil's Motion for Temporary Restraining Order ¶ 7. ExxonMobil in fact served Mr. Bonta with its preliminary injunction motion the next day, October 30, 2025. Dkt. 12-2.

Dated: November 10, 2025

O'MELVENY & MYERS LLP

By: */s/ Jonathan Schneller*
DAWN SESTITO
JONATHAN P. SCHNELLER
LAUREN KAPLAN
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*