DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. #291288)
jschneller@omm.com
LAUREN KAPLAN (#294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone:   (213) 430-6000
Facsimile:    (213) 430 6407

Counsel for Plaintiff Exxon Mobil Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL HELGESEN IN SUPPORT OF EXXONMOBIL'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:  December 4, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom: 7<br>Judge:  Daniel J. Calabretta |

**SUPPLEMENTAL DECLARATION OF DANIEL HELGESEN**

I, Daniel Helgesen, declare and state:

1. I am over 18 years old. This declaration is based upon my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I am the Operations Sustainability Director at ExxonMobil and have held that position since 2020. In my role as Operations Sustainability Director, I will oversee the team responsible for collecting and disseminating the information necessary to comply with S.B. 253 and S.B. 261.

3. On November 3, 2025, Dr. Sydney Vergis, the Assistant Division Chief of the Industrial Strategies Division of the California Air Resources Board ("CARB"), responded to my September 5, 2025 letter, which sought additional guidance on ExxonMobil's reporting obligations under S.B. 253 and S.B. 261. Dr. Vergis's email asked to schedule a meeting to discuss my letter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 10, 2025, at 8:45 AM in Spring, Texas.



Daniel Helgesen

Supplemental Decl. of D. Helgesen ISO Mot. for Temporary Restraining Order — -2- — CASE NO. 2:25-CV-03104-DJC-JDP