DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. #291288)
jschneller@omm.com
LAUREN KAPLAN (#294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF EXXONMOBIL'S MOTION TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:　December 4, 2025<br>Hearing Time:　1:30 p.m.<br>Courtroom: 7<br>Judge:　Daniel J. Calabretta |

**DECLARATION OF JONATHAN SCHNELLER**

I, Jonathan Schneller, declare and state:

1. I am an attorney admitted to practice before this Court. I am a member in good standing of the State Bar of California, and a partner at O'Melveny & Myers LLP, counsel to Exxon Mobil Corporation in this action. I have personal knowledge of the facts set forth below and, if called to testify as a witness, could and would testify competently thereto.

2. On November 4, 2025, ExxonMobil filed a Motion for Temporary Restraining Order (Dkt. 16). When ExxonMobil filed the Motion for Temporary Restraining Order, I was not aware of Dr. Sydney Vergis' November 3, 2025 email to Daniel Helgesen.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 10, 2025, at Los Angeles, California.

*/s/ Jonathan Schneller*
Jonathan Schneller