ROB BONTA
Attorney General of California
MYUNG J. PARK (SBN 210866)
LAURA J. ZUCKERMAN (SBN 161896)
Supervising Deputy Attorney General
KATHERINE GAUMOND (SBN 349453)
EMILY HAJARIZADEH (SBN 325246)
M. ELAINE MECKENSTOCK (SBN 268861)
DYLAN C. REDOR (SBN 338136)
ELIZABETH SONG (SBN 326616)
CAITLAN MCLOON (SBN 302798)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6438
  Fax: (916) 731-2128
  E-mail:  caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants Lauren Sanchez, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXXON MOBIL CORPORATION,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board, , and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>                                    Defendants. | 2:25-cv-03104-DJC-JDP<br><br>**STIPULATION AND ORDER TO VACATE DEADLINES AND HEARING DATE RE:  PLAINTIFFS' PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Trial Date: None set<br>Action Filed: October 24, 2025 |

# STIPULATION

Defendants Lauren Sanchez, in her official capacity as Chair of the California Air Resources Board, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (collectively, Defendants), and Plaintiff Exxon Mobil Corporation (ExxonMobil), by and through their attorneys of record, hereby stipulate and agree as follows:

1. WHEREAS, on October 24, 2025, ExxonMobil commenced this action by filing its complaint. ECF No. 1.

2. WHEREAS, ExxonMobil alleges that two California laws, Senate Bills (S.B.) 253 and 261, codified at California Health & Safety Code §§ 38532-38533, violate the First Amendment of the U.S. Constitution. *Id.* ExxonMobil further alleges that the National Securities Market Improvement Act of 1996 (NSMIA) expressly preempts S.B. 261. *Id.*

3. WHEREAS, on October 29, 2025, ExxonMobil filed a motion for preliminary injunction seeking to enjoin Defendants from enforcing S.B. 261 against it in advance of S.B. 261's first reporting deadline, on January 1, 2026. ECF No. 10. ExxonMobil noticed its motion for hearing on January 8, 2026.

4. WHEREAS, on November 4, 2025, ExxonMobil filed a motion for temporary restraining order, seeking to enjoin Defendants' enforcement of S.B. 261 against it until its preliminary injunction motion can be decided, or, in the alternative to advance the preliminary injunction motion's January 8, 2026 hearing date. ECF No. 16.

5. WHEREAS, that same day, Defendants filed a motion to transfer venue to the Central District of California, or in the alternative, to stay proceedings in this action pending resolution of the appellate proceedings regarding the facial constitutionality

of S.B. 253 and 261 in *Chamber of Commerce v. Randolph*, No. 25-5327 (9th Cir.). ECF No. 13.

6. WHEREAS, on November 4, 2025, Defendants filed a motion for administrative relief seeking to expedite briefing and hearing on their motion to transfer or stay, and to summarily deny ExxonMobil's' preliminary injunction motion, or, in the alternative, to continue their deadline to respond to that motion, ECF No. 14.

7. WHEREAS, on November 6, 2025, the Court granted Defendants' motion for administrative relief in part, ordering that briefing on Defendants' motion to transfer or stay be expedited, and re-setting and consolidating the briefing schedule and hearing date on ExxonMobil's' motions for temporary restraining order and preliminary injunction as follows:

 a. Defendants were ordered to file their opposition to Exxon's motion for temporary restraining order and motion for preliminary injunction on November 19, 2025.

 b. ExxonMobil was ordered to file its reply in support of its motions on November 26, 2025.

 c. The Court set both motions for hearing on December 4, 2025, at 1:30 p.m. in the above-captioned court.

8. WHEREAS, on November 18, 2025, Defendants filed a motion to dismiss Exxon's third claim (NSMIA preemption), and noticed that motion for hearing on January 22, 2026.  ECF No. 28.

9. WHEREAS, on November 18, 2025, the Ninth Circuit issued an order granting in part and denying in part the *Chamber of Commerce* plaintiffs' motion for injunction pending appeal, as follows: "The motion [for injunction pending appeal] is granted as to the enforcement of Senate Bill 261 and denied as to the enforcement of Senate Bill 253."  *See* ECF No. 25-1.

10. WHEREAS, the Ninth Circuit will hear oral argument in the *Chamber of Commerce* appeal on January 9, 2026.

11. WHEREAS, the Ninth Circuit's November 18 order affords the relief ExxonMobil's pending motions seek while the *Chamber of Commerce* appeal is pending.

12. WHEREAS, ExxonMobil therefore intends to withdraw its motion for temporary restraining order.

13. WHEREAS, the interim relief granted by the Ninth Circuit is likely to eliminate the need for a hearing on ExxonMobil's preliminary injunction motion while the *Chamber of Commerce* appeal is pending.

14. WHEREAS, ExxonMobil maintains that a hearing on its preliminary injunction motion would be necessary in the event that the injunction pending appeal in the *Chamber of Commerce* case is dissolved.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between all the parties to this action as follows:

1. The briefing deadlines and hearing date for Exxon's motion for preliminary injunction should be vacated.

2. Within 7 days of the Ninth Circuit decision in the *Chamber of Commerce* matter, or any order or decision that otherwise dissolves the injunction imposed by the Ninth Circuit's November 18 order, ExxonMobil and Defendants shall meet and confer and stipulate to a briefing schedule and hearing date for Exxon's motion for preliminary injunction, or other resolution of the motion.

3. In the alternative, if the Court is not inclined to vacate the briefing deadlines and hearing date for Exxon's motion for preliminary injunction entirely, the deadlines and hearing date shall be continued as set forth below:

   a. Defendants shall file their opposition to Exxon's motion for preliminary injunction no later than January 29, 2026.

   b. ExxonMobil shall file its reply in support of its motion for preliminary injunction no later than February 19, 2026.

1     c.     The Court shall conduct a hearing on Exxon's motion for preliminary injunction on March 5, 2026, or as soon thereafter as is convenient for the Court.

If the Ninth Circuit has not issued a decision resolving the *Chamber of Commerce* appeal or otherwise dissolving its injunction prior to the deadline for Defendants to submit their opposition, the parties shall meet and confer and submit a stipulation for the Court's approval to further continue the applicable briefing deadlines and hearing date.

Dated: November 18, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
LAURA J. ZUCKERMAN
Supervising Deputy Attorneys General

By: */s/ Caitlan McLoon*

CAITLAN MCLOON
Deputy Attorney General
*Counsel for Defendants*

O'MELVENY & MYERS LLP

By: */s/ Jonathan P. Schneller*
(as authorized on Nov. 19, 2026)

DAWN SESTITO
JONATHAN P. SCHNELLER
LAUREN KAPLAN
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1. The briefing deadlines and hearing date for Exxon's motion for preliminary injunction are hereby vacated.

2. Within seven (7) days of the Ninth Circuit issuing a decision in the *Chamber of Commerce* matter, or any order or decision that otherwise dissolves the injunction imposed by the Ninth Circuit's November 18 order, ExxonMobil and Defendants shall meet and confer and stipulate to a briefing schedule and hearing date for Exxon's motion for preliminary injunction, or other resolution of the motion.

**IT IS SO ORDERED.**

Dated: November 19, 2025          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE