UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>              Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**ORDER AMENDING MOTION TO DISMISS BRIEFING SCHEDULE** |

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. ExxonMobil shall file its opposition to Defendants' motion to dismiss no later than December 9, 2025.

2. Defendants shall file their reply in support of their motion to dismiss no later than December 22, 2025.

3. The hearing on Defendants' motion to dismiss shall remain on January 22, 2026 at 1:30 p.m., or as soon thereafter as is convenient for the Court.

IT IS SO ORDERED.

Dated: November 26, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE