


Rob Bonta
Attorney General of California
Myung J. Park (SBN 210866)
Laura J. Zuckerman (SBN 161896)
Supervising Deputy Attorney General
Katherine Gaumond (SBN 349453)
Emily Hajarizadeh (SBN 325246)
M. Elaine Meckenstock (SBN 268861)
Elizabeth Song (SBN 326616)
Dylan C. Redor (SBN 338136)
Caitlan McLoon (SBN 302798)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6438
  Fax:  (916) 731-2128
  E-mail:  Caitlan.Mcloon@doj.ca.gov
*Attorneys for Defendants Lauren Sanchez, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXXON MOBIL CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 2:25-cv-03104-DJC-JDP<br><br>**DEFENDANTS' RESPONSE TO PROPOSED AMICUS CURIAE STATE OF IOWA AND 20 OTHER STATES' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. Daniel J. Calabretta<br>Date:    December 18, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 7<br><br>Trial Date:   TBD<br>Action Filed: October 24, 2025 |

Defendants Lauren Sanchez, in her official capacity as Chair of the California Air Resources Board, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Rob Bonta, in his official capacity as Attorney General of California (collectively, Defendants) respectfully submit this response to Proposed Amicus Curiae State of Iowa and 20 Other States' (Iowa's) Motion for Leave to File Amicus Curiae Brief In Support of Temporary Restraining Order or Preliminary Injunction (Motion) filed on December 2, 2025.  ECF No. 36.

In its Motion, Iowa seeks leave of this Court to file a brief supporting (1) Plaintiff's motion for temporary restraining order, which was *withdrawn* by the moving party two weeks ago on November 19, 2025 (ECF No. 33); and (2) Plaintiff's motion for preliminary injunction, for which the hearing and all briefing were vacated, ECF No. 31.  Plaintiff's motion for preliminary injunction was taken off calendar in light of a November 18, 2025 order from the Ninth Circuit affording the relief ExxonMobil's motion sought during the pendency of the appellate proceedings in a matter with substantially overlapping claims: *Chamber of Commerce v. Randolph*, No. 25-5327 (9th Cir.), *see* ECF No. 25.  Because the underlying motion for temporary restraining order that Iowa seeks to support has been withdrawn, Iowa's request as to that motion is moot.  Moreover, because the briefing schedule on the underlying motion for preliminary injunction has been vacated—until any order or decision that dissolves the

///
///
///
///
///
///
///
///

injunction imposed by the Ninth Circuit's November 18 order issues, ECF No. 31—Iowa's amicus brief should only be deemed filed in the event a briefing schedule is reimposed.[1]

Dated: December 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
LAURA J. ZUCKERMAN
Supervising Deputy Attorneys General

/s/ Caitlan McLoon

CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants Lauren Sanchez, Steven S. Cliff, and Robert A. Bonta*

LA2025402569
68109975

---

[1] While Defendants indicated on November 17, 2025, that they took no position with respect to Iowa's request to file an amicus curiae brief (Mot. at ii:7-9), the subsequent developments highlighted above materially altered the nature of the request and the position of the parties.

# CERTIFICATE OF SERVICE

Case Name: **Exxon Mobil Corporation v. Lauren Sanchez, et al.**

Case No.: **2:25-cv-03104-DJC-JDP**

I hereby certify that on <u>December 4, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO PROPOSED AMICUS CURIAE STATE OF IOWA AND 20 OTHER STATES' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 4, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Beatriz Davalos | */s/ Beatriz Davalos* |
| Declarant | Signature |

LA2025402569
68045914