DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. #291288)
jschneller@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California  90071-2811
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>                    Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**PLAINTIFF EXXON MOBIL CORPORATION'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   Daniel J. Calabretta<br>Trial Date: TBD<br>Action Filed: October 24, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Plaintiff Exxon Mobil Corporation ("ExxonMobil") files this supplemental corporate disclosure statement. Effective July 1, 2026 , ExxonMobil is a wholly owned subsidiary of ExxonMobil Holdings Corporation. No publicly held corporation owns 10% or more of ExxonMobil Holdings Corporation's stock.

Dated:  July 10, 2026

Respectfully submitted,

*/s/ Jonathan Schneller*
DAWN SESTITO (S.B. #214011)
JONATHAN SCHNELLER (S.B. # 291288)
LAUREN KAPLAN (S.B. #294703)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dsestito@omm.com
jschneller@omm.com
lkaplan@omm.com

*Counsel for Plaintiff Exxon Mobil Corporation*