DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. #291288)
jschneller@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, et al.,<br><br>Defendants. | Case No. 2:25-CV-03104-DJC-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT DEADLINE**<br><br>Trial Date: TBD<br>Action Filed: October 24, 2025 |

**JOINT STIPULATION**

Plaintiff Exxon Mobil Corporation ("ExxonMobil") and Defendants Lauren Sanchez, in her official capacity as Chair of the California Air Resources Board ("CARB"); Steven S. Cliff, in his official capacity as the Executive Officer of CARB; and Robert A. Bonta, in his official capacity as Attorney General of California (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on October 24, 2025, ExxonMobil filed its Complaint against Defendants. Dkt. 1.

WHEREAS, the Complaint challenges the constitutionality of and seeks prospective relief against the enforcement of California bills S.B. 253 and S.B. 261. *Id.*

WHEREAS, on November 18, 2025, Defendants filed a motion to dismiss ("Motion") seeking to dismiss ExxonMobil's claim that S.B. 261 is preempted by the National Securities Market Improvement Action of 1996. Dkt. 28.

WHEREAS, on January 9, 2026, the United States Court of Appeals for the Ninth Circuit held oral argument in *Chamber of Commerce of the United States of America et al. v. Sanchez et al.*, Case No. 25-5327 (9th Cir.) ("*Chamber*"), which involves facial challenges to S.B. 253 and S.B. 261.

WHEREAS, on August 11, 2026, the Court granted Defendants' Motion. Dkt. 48.

WHEREAS, as a result of the Court's ruling on the Motion, the parties' joint status report pursuant to the Court's Initial Case Management Order is currently due on September 15, 2026. Dkt. 32.

WHEREAS, the parties have agreed that a four-month extension of the deadline for the parties' joint status report is appropriate as the parties await the Ninth Circuit's decision in *Chamber*, which could impact the scope of discovery in this case.

WHEREAS, the parties agree that a four-month extension will likely prevent the parties from completing discovery and briefing cross-motions for summary judgment in advance of the contemplated November 2027 reporting deadline under S.B. 253.

WHEREAS, if ExxonMobil seeks preliminary relief with respect to its 2027 reporting

obligations, Defendants agree not to assert in opposition to such a motion, or in seeking to continue the hearing on such a motion, that: (1) Defendants have not had sufficient opportunity to take discovery; (2) the motion should be denied or continued due to any delay attributable to this requested continuance.

WHEREAS, there is currently no discovery cutoff date, last date for hearing motions, pre-trial conference date, or trial date set in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between all parties to this action, and pursuant to Section IV of this Court's standing order, the parties hereby request that the Court order as follows:

1. The parties' September 15, 2026 deadline to file a joint status report pursuant to the Court's Initial Case Management Order, Dkt. 32, is vacated.

2. The parties must file a joint status report pursuant to the Court's Initial Case Management Order by January 15, 2027.

IT IS SO STIPULATED.

Dated: September 11, 2026

O'MELVENY & MYERS LLP

By: */s/ Jonathan P. Schneller*

DAWN SESTITO
JONATHAN P. SCHNELLER
LAUREN KAPLAN
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

OFFICE OF THE ATTORNEY GENERAL

By: */s/ Caitlan McLoon*
(as authorized on September 11, 2026)

CAITLAN MCLOON
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6438
Facsimile: (916) 731-2128

*Counsel for Defendants Lauren Sanchez, Steven S. Cliff, and Robert A. Bonta*

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The parties' September 15, 2026 deadline to file a joint status report pursuant to the Court's Initial Case Management Order is vacated.

2. The parties must file a joint status report pursuant to the Court's Initial Case Management Order by January 15, 2027.

IT IS SO ORDERED.

Dated: September 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE